**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER SYLVESTER,

    Plaintiff,

vs.

CRS BUILDING CORPORATION, a
Florida Profit Corporation, and CRAIG SAS,
individually,

    Defendant.

CASE NO.  8:18-cv-1215-T-30AAS

_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order (DE #6), hereby jointly file their Report Regarding Settlement in this matter. The parties advise the court that they:

| | |
|---|---|
| __X__ | Have tentatively settled the case. |
| ____ | Have not settled the case but wish to continue settlement discussions for an additional _____ days. |
| ____ | Wish to engage in formal mediation conference.  The parties have agreed to conduct mediation with _____ on or before _____. |
| ____ | Have exhausted all settlement efforts and will file immediately a Case Management Report. |

Dated:  October 12, 2018

Respectfully submitted,

| | |
|---|---|
| *s/ C. Ryan Morgan* | *s/ Dennis M. McClelland* |
| C. Ryan Morgan, Esq. | Dennis M. McClelland, Esq. |
| Florida Bar No. 0015527 | Florida Bar No. 0091758 |
| RMorgan@forthepeople.com | dennis.mcclelland@phelps.com |
| Morgan & Morgan, P.A. | Phelps Dunbar LLP |
| 20 N. Orange Avenue | 100 South Ashley Drive, Suite 1900 |
| Suite 1600 | Tampa, Florida 33602-5311 |
| Orlando, Florida 32801 | Telephone: (813) 472-7550 |
| Telephone: (407) 420-1414 | Facsimile: (813) 472-7570 |
| Facsimile: (407) 245-3401 | |
| | Attorneys for Defendants CRS Building |
| Attorneys for Plaintiff | Corporation and Craig Sas |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system.

*s/ Dennis M. McClelland*
Attorney