UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER SYLVESTER,

    Plaintiff,

v.                                  Case No: 8:18-cv-1215-T-30AAS

CRS BUILDING CORPORATION, a
Florida Profit Corporation, and CRAIG
SAS, individually,

    Defendant.
_____

**ORDER**

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement and Entry of an Order of Dismissal (Dkt. 17). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement and Entry of an Order of Dismissal (Dkt. 17) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions, if any, are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record